**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  : No. 513 MAL 2017
:
Respondent : 
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
VICTOR E. BROWN, JR., :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.